IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE | * | |
| COMMISSION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| | * | |
| vs. | * | No. 4:07cv00537 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| HAROLD S. LONGS, and | * | |
| YOUR MONEY WORTH, INC., | * | |
| | * | |
| Defendants. | * | |

**ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR**

The Court, having reviewed the Securities and Exchange Commission's Motion

[doc.#45] to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting

Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1.  The Clerk of the Court shall issue a check on Court-Registry account number

3755025829, under the case name designation *SEC v. Harold S. Longs* for the amount of

$1,402.80 payable to Damasco & Associates LLP, for the payment of the fees and expenses of

the Tax Administrator as provided in the Declaration.  The check shall contain the notation *SEC*

*v. Harold S. Longs*, Case No. 4-07-cv-537-SWW, Federal tax-identification number 20-3042202,

and "Tax Administrator fees for the period April 15, 2009, through July 13, 2009,"

2.  The Clerk shall send the check by overnight mail to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

3.  The Commission's counsel shall provide the Court Registry with the necessary

overnight shipping information and the SEC's billing number.


IT IS SO ORDERED this 28th day of August 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE